Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 18−05591
Chapter: 13
Judge: LaShonda A. Hunt

In Re:
   Aaliyah Muhammad
   1532 E 146th St
   Dolton, IL 60419

Social Security / Individual Taxpayer ID No.:
   xxx−xx−7756

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 10, 2018

FOR THE COURT

Dated: September 11, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 18-05591-LAH
Aaliyah Muhammad                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Sep 11, 2018
                              Form ID: ntcdsm          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
```
db             +Aaliyah Muhammad,    1532 E 146th St,    Dolton, IL 60419-2406
26494882        ACEPTANCENOW,    5501 HEADQUARTERS DRIVE, RENT A CENTER,     PLANO, TX 75024
26762666       +BLB Trading LLC c/o Asset Mgmt Hldgs II LLC, Svcr,    100 Paramount Drive, Suite 205,
                 Sarasota, FL 34232-6051
26656893       +Bridgecrest Credit Company, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
26494872       +CHGOFINCTR,    3538 W Irving Park Rd,    Chicago, IL 60618-3220
26816789       +City of Calumet City,    Municipal Collections of America, Inc.,    3348 Ridge Road,
                 Lansing, IL 60438-3112
26538788        City of Chicago Department of Finance,    Bureau of Utility Billing and,    Customer Service,
                 Post Office Box 6330,    Chicago, Illinois - IL 60680-6330
26494889       +City of Chicago Parking,    121 N. LaSalle St # 107A,    Chicago, IL 60602-1232
26494890       +City of Chicago Water Department,    333 S State, Suite 300,    Chicago, IL 60604-3982
26939539       +Cook County Cler,    118 N Clark St Fl 4,    Chicago IL 60602-1304
26494885       +Cook County Treasurer's office,    Po Box 805438,    Chicago, IL 60680-4155
26494886       +FNA ELM, LLC,    120 N La Salle St Fl 29,    Chicago, IL 60602-3797
26939536       +Illinois Title Loan,    5762 N Milwaukee,    Chicago IL 60646-6216
26494888       +Illinois Title Loan,    1645 Western Ave,    Chicago Heights, IL 60411-3149
26494873       +NATIONAL CREDIT SYSTEM,    PO Box 312125,    Attn: Rebecca Bonds,    Atlanta, GA 31131-2125
26494880       +OCWEN,   12650 INGENUITY DR,    ORLANDO, FL 32826-2703
26494881       +OCWEN LOAN SERVICING I,    4828 LOOP CENTRAL DR,    HOUSTON, TX 77081-2193
26494874       +PERFECTION COLLECTION,    313 E 1200 S,    OREM, UT 84058-6972
26494884       +PNC Bank,    300 Fifth Avenue,    Pittsburgh, PA 15222-2401
26711070        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
26939534       +Village of Dolton,    14122 Chicago Road,    Dolton IL 60419-1098
26494887       +Village of Dolton,    3348 Ridge Rd,    Municipal Collection of America,    Lansing, IL 60438-3112
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
26494876       +EDI: CONVERGENT.COM Sep 12 2018 05:28:00      CONVERGENT OUTSOURCING,    10750 HAMMERLY BLVD #200,
                 Houston, TX 77043-2317
26494875       +E-mail/Text: bankruptcy@credencerm.com Sep 12 2018 01:49:41      CREDENCE RESOURCE MANA,
                 17000 DALLAS PKWY STE 20,    DALLAS, TX 75248-1940
26537831       +EDI: PHINHARRIS Sep 12 2018 05:29:00      City of Chicago Department of Finance,
                 c/o Arnold Scott Harris P.C.,    111 W Jackson Blvd Ste.600,    Chicago IL. 60604-3517
26538881       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Sep 12 2018 01:48:37
                 Cook County Treasurer's Office,    118 North Clark Street - Room 112,    Chicago, IL 60602-1590
26702187       +EDI: AIS.COM Sep 12 2018 05:28:00      Directv, LLC,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
26494877       +E-mail/Text: bknotice@ercbpo.com Sep 12 2018 01:48:18      ENHANCED RECOVERY CO L,
                 8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
26768989        EDI: JEFFERSONCAP.COM Sep 12 2018 05:28:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                 St Cloud MN 56302
26494878       +EDI: MID8.COM Sep 12 2018 05:28:00      MIDLAND FUNDING,    PO Box 13105,
                 Roanoke, VA 24031-3105
26645073       +EDI: MID8.COM Sep 12 2018 05:28:00      Midland Funding, LLC,
                 Midland Credit Management, Inc. as agent,    Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
26964539       +E-mail/Text: bankrup@aglresources.com Sep 12 2018 01:46:37      Nicor Gas,    PO Box 549,
                 Aurora,IL 60507-0549
26494879       +E-mail/Text: Supportservices@receivablesperformance.com Sep 12 2018 01:49:48
                 RECEIVABLES PERFORMANC,    20816 44th Ave W,    Lynnwood, WA 98036-7744
26526522       +EDI: AIS.COM Sep 12 2018 05:28:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
26494883       +EDI: BLUESTEM Sep 12 2018 05:29:00      WEBBANK/FINGERHUT FRES,    6250 RIDGEWOOD RD,
                 SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26964540*      +Nicor Gas,   PO Box 549,    Aurora,IL 60507-0549
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: ccabrales             Page 2 of 2                  Date Rcvd: Sep 11, 2018
                              Form ID: ntcdsm             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
              Aaron M Weinberg    on behalf of Debtor 1 Aaliyah  Muhammad aweinberg@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sean M McNulty    on behalf of Debtor 1 Aaliyah  Muhammad smcnulty@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
                                                                                             TOTAL: 4
```